FELONY

# United States District Court

| Southern | United States Courts<br>District of Southern District of Texas.Texas |
|---|---|

UNITED STATES OF AMERICA

V

**Raul BELMONTES-VILLALOBOS**

Mexico

A077 696 211    (EWA)

FILED

*June 06, 2025*

Nathan Ochsner, Clerk of Court

## CRIMINAL COMPLAINT

CASE NUMBER B-25    473    MJ

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about _____**June 4, 2025**_____ , the defendant, an alien who had previously been denied admission, excluded or removed knowingly and unlawfully was present in the United States having been found in _____**Cameron**_____ County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of **Title 8 United States Code, Section(s)**    **1326(a) and 1326(b)**

I further state that I am a Deportation Officer and that this complaint is based on the following facts: The defendant was encountered by Immigration Officers conducting routine jail checks at the Harlingen Police Department on June 04, 2025. The defendant was subsequently arrested on June 05, 2025. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on September 25, 2024. The defendant was convicted of Alien Unlawfully Found in the United States after Deportation on December 15, 2022. Record checks revealed that the defendant has not applied for permission from the proper authorities to re-enter the United States.

Defendant has $0.00

*Rafael Hernandez AAA*
Signature of Complainant

Rafael Hernandez III    Deportation Officer
*Name and Title of Complainant*

Submitted by reliable electronic means, sworn to and signature attested as per Fed. Rules Cr. Proc. 4.1

June  6, 2025
*Date*

at

Brownsville, Texas
*City and State*

Ignacio Torteya III    U.S. Magistrate Judge
*Name and Title of Judicial Officer*

Signature of Judicial Officer